# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0457
LT Case Nos. 05-2021-CF-035280-A
05-2021-CF-035070-A

_____

LANCE DELOREON JENKINS,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Blaise Trettis, Public Defender, and Michael Mario Pirolo, Chief Assistant Public Defender, Viera, for Petitioner.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

March 20, 2026

PER CURIAM.

   The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 8, 2026 judgment and sentence rendered in Case Nos. 05-2021-CF-035280-A and 05-2021-CF-

035070-A, in the Circuit Court in and for Brevard County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, LAMBERT, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____